IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CT-3038-BO

| | | |
|---|---|---|
| KAREEM JAMAL CURRENCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| COUNSELOR GRAPENHAUSER, COUNSELOR STRAUB, COUNSELOR GRAHAM, and COUNSELOR HARPER, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Kareem Jamal Currence, a federal inmate, filed this civil rights action *pro se* pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971). The matter now is before the court for an initial review pursuant to 28 U.S.C. § 1915(e)(2)(B). Also before the court are plaintiff's motions to expedite (DE 7, 8).

Section 1915 provides that courts shall review complaints in which prisoners seek relief from a governmental entity or officer, and dismiss such complaints when they are "frivolous." 28 U.S.C. § 1915(e)(2)(B). It does not clearly appear from the face of the complaint that plaintiff is not entitled to relief, thus the matter is ALLOWED to proceed. As for plaintiff's motions to expedite, the court plans to consider this case as expeditiously as possible, consistent with the court's docket. Thus,

plaintiff's motions to expedite (DE 7, 8) are DENIED as MOOT. The clerk of court is DIRECTED to issue summons. The court DIRECTS the United States Marshal Service to make service pursuant to 28 U.S.C. § 1915(d).

SO ORDERED, this the 15 day of May, 2018.

*Terrence W. Boyle*
TERRENCE W. BOYLE
United States District Judge